| | |
|---|---|
| 1 | MATTHEW A. HODEL (SB# 93962) |
|   | mhodel@hbwllp.com |
| 2 | MICHAEL S. LEBOFF (SB# 204612) |
|   | mleboff@hbwllp.com |
| 3 | HODEL BRIGGS WINTER LLP |
|   | 8105 Irvine Center Drive, Suite 1400 |
| 4 | Irvine, CA 92618 |
|   | Telephone: (949) 450-8040 |
| 5 | Facsimile: (949) 450-8033 |
| 6 | Attorneys for Defendants |
|   | DONALD J. TRUMP, THE TRUMP |
| 7 | ORGANIZATION, INC. and TRUMP |
|   | GOLF MANAGEMENT LLC |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

STEPHEN HENRY, an individual, and INTERNATIONAL GOLF PRODUCTIONS, LLC, a California Limited Liability Company,

    Plaintiff,

vs.

DONALD TRUMP, an individual; TRUMP GOLF PROPERTIES, L.L.C., a New Jersey limited liability company, THE TRUMP ORGANIZATION, INC., a New York corporation; DOES 1 – 50, Inclusive,

    Defendants.

[Assigned to the Hon. Dale S. Fischer]

Case No. CV10-5004 DSF (JCGx)

**DECLARATION OF DONALD J. TRUMP IN SUPPORT OF MOTION BY DEFENDANTS DONALD J. TRUMP, THE TRUMP ORGANIZATION, INC. AND TRUMP GOLF MANAGEMENT LLC TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

[Fed. R. Civ. Proc. 12(b)(2), (6)]

Hearing
Date:    August 30, 2010
Time:    1:30 p.m.
Courtroom:  840

Complaint filed:  June 11, 2010
Trial date:  Not Set

DECLARATION OF DONALD J. TRUMP ISO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

1   I, DONALD J. TRUMP hereby declare:

2   1. I have personal knowledge of the facts set forth herein, and if called as
3   a witness, I would and could competently testify hereto.

4   2. I am a resident of the City and State of New York. I, personally, do
5   not have any employees in the State of California, own real property in California,
6   or maintain an office or mailing address in California.

7   3. I have no recollection of ever meeting or speaking with plaintiff
8   Stephen Henry, or anyone associated with plaintiff International Golf Productions
9   LLC. I never negotiated with either of them on any business arrangement, never
10  travelled to California for that purpose and never entered any kind of contract with
11  them. I frequently receive unsolicited business proposals and have no recollection
12  of ever receiving the correspondence that plaintiffs allege was sent to me in 2004
13  and 2005.

14

15  I declare under penalty of perjury of the laws of the United States of America
16  that the foregoing is true and correct. Executed this 26th day of July, 2010 at New
17  York, New York.

18  _____
19  Donald J. Trump

- 1 -

**DECLARATION OF DONALD J. TRUMP ISO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**