1  MATTHEW A. HODEL (SB# 93962)
   mhodel@hbwllp.com
2  MICHAEL S. LEBOFF (SB# 204612)
   mleboff@hbwllp.com
3  HODEL BRIGGS WINTER LLP
   8105 Irvine Center Drive, Suite 1400
4  Irvine, CA  92618
   Telephone:  (949) 450-8040
5  Facsimile:  (949) 450-8033

6  Attorneys for Defendants
   DONALD J. TRUMP, THE TRUMP
7  ORGANIZATION, INC. and TRUMP
   GOLF MANAGEMENT LLC

8

9               UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| STEPHEN HENRY, an individual, and INTERNATIONAL GOLF PRODUCTIONS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD TRUMP, an individual; TRUMP GOLF PROPERTIES, L.L.C., a New Jersey limited liability company, THE TRUMP ORGANIZATION, INC., a New York corporation; DOES 1 – 50, Inclusive,<br><br>Defendants. | [Assigned to the Hon. Dale S. Fischer]<br><br>Case No. CV10-5004 DSF (JCGx)<br><br>**DECLARATION OF DONALD TRUMP, JR. IN SUPPORT OF MOTION BY DEFENDANTS DONALD J. TRUMP, THE TRUMP ORGANIZATION, INC. AND TRUMP GOLF MANAGEMENT LLC TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>[Fed. R. Civ. Proc. 12(b)(2), (6)]<br><br>Hearing<br>Date:         August 30, 2010<br>Time:         1:30 p.m.<br>Courtroom:    840<br><br>Complaint filed:   June 11, 2010<br>Trial date:        Not Set |

**DECLARATION OF DONALD TRUMP, JR. ISO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, DONALD TRUMP, JR., hereby declare:

1. I have personal knowledge of the facts set forth herein, and if called as a witness, I would and could competently testify hereto.

2. I am Vice President and Secretary of The Trump Organization, Inc., a corporation duly organized and existing under the laws of the State of New York and headquartered in New York City. I am also an authorized representative of Trump Golf Management LLC, a limited liability company organized under the laws of the State of New York and headquartered in Westchester County, New York. I have been intimately involved in the overall operation of these and other Trump entities since 2001. As such, I am familiar with their business operations.

3. Neither the Trump Organization, Inc., nor Trump Golf Management LLC employs anyone in the state of California. Likewise, neither of them owns any real property in California nor maintains an office or mailing address there.

4. Although both the Trump Organization, Inc. and Trump Golf Management LLC are authorized to conduct business in the state of New York, neither is licensed or qualified to conduct business in the State of California. Furthermore, neither of them has an agent for service of process in the State of California.

5. It is my understanding that the plaintiffs have also named Trump Golf Properties, LLC, which is alleged to be a New Jersey limited liability company. However, Trump Golf Properties, LLC is not a valid or existing entity. There is no company by that name.

6. The Trump Organization, Inc. and Trump Golf Management LLC are not parties to any contracts with either of the plaintiffs in this case.

1  I declare under penalty of perjury of the laws of the United States of America
2  that the foregoing is true and correct. Executed this 12th day of July, 2010 at New
3  York, New York.

                                                     Donald Trump, Jr.

DECLARATION OF DONALD TRUMP, JR. ISO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION