1  Barak Lurie, Esq. (SBN 144887)
   Michele A. Reikes (SBN 209749)
2  LURIE & PARK
   11766 Wilshire Boulevard, 7th Floor
3  Los Angeles, CA 90025
   Telephone: (310) 478-7788
4  Facsimile: (310) 347-4442

5  Attorneys for Plaintiff,
   STEPHEN HENRY, INTERNATIONAL
6  GOLF PRODUCTIONS, LLC

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| STEPHEN HENRY, an individual, and INTERNATIONAL GOLF PRODUCTIONS, LLC, a California Limited Liability Company,<br><br>         Plaintiff,<br>v.<br>DONALD TRUMP, an individual; TRUMP GOLF PROPERTIES, L.L.C., a New Jersey limited liability company, THE TRUMP ORGANIZATION, INC., a New York corporation; DOES 1 – 50, Inclusive,<br><br>         Defendants. | CASE NO.: CV10-5004 DSF (JCGx)<br><br>[Complaint Filed: June 11, 2010]<br><br>Assigned to: Hon. Dale S. Fischer<br><br>**PROOF OF SERVICE**<br><br>DATE:    AUGUST 30, 2010<br>TIME:    1:30 P.M.<br>COURTROOM:   840<br>TRIAL:   Not Set |

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in Los Angeles County. My business address is 11766 Wilshire Boulevard, 7th Floor, Los Angeles, CA 90025. I am over the age of 18 years and I am not a party to this action.

On August 11, 2010, I caused to be served the following documents, described as:

PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; SUPPORTING DECLARATION OF MICHELE REIKES; EXHIBITS

DECLARATION OF STEPHEN HENRY IN SUPPORT OF MOTION TO DISMISS

PROOF OF SERVICE

on the interested parties as follows by placing a true copy thereof enclosed in sealed envelopes as follows:

Matthew A. Hodel, Esq.
Michael S. Leboff, Esq.
Hodel Briggs Winter LLP
8105 Irvine Center Drive, Suite 1400
Irvine, CA 92618

[ ] BY PERSONAL DELIVERY: I caused such envelope to be personally served on the party or parties as indicated above.

[ ] BY MAIL: I am "readily familiar    " with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] BY OVERNIGHT: I caused the above-referenced document(s) to be delivered to Federal Express for delivery to the address(es) as indicated in the attached service via overnight courier.

[X] BY E-MAIL:    I caused such documents to be transmitted via e-mail on this date to the above-named individuals.

[ ]  BY FACSIMILE: I caused such documents to be transmitted via facsimile on this date o the above-named individuals.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 11, 2010, at Los Angeles, California.

_____
Michele A. Reikes