# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HENRY, an individual, and INTERNATIONAL GOLF PRODUCTIONS, LLC, a California Limited Liability Company,<br><br>   Plaintiffs,<br><br> v.<br><br>DONALD TRUMP, an individual, TRUMP GOLF PROPERTIES, LLC, a New Jersey limited liability company, THE TRUMP ORGANIZATION, INC., a New York Corporation, DOES 1-50, inclusive,<br><br>   Defendants. | CV 10-5004 DSF (JCGx)<br><br>JUDGMENT |

  The Court dismissed Plaintiffs' claims against Defendants for lack of personal jurisdiction.

  IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed without prejudice and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1919.

  IT IS SO ORDERED.

Dated: September 15, 2010

                  *Dale S. Fischer*
                  _____
                   Dale S. Fischer
               United States District Judge